## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Sherman White, et al.
                              Plaintiff,

v.                                                    Case No.: 1:17–cv–03314
                                                      Honorable Joan H. Lefkow

Daniel Lauderback, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 19, 2019:

      MINUTE entry before the Honorable Joan H. Lefkow: Status hearing held with defense counsel reporting that the case has settled. As stated on the record, the case is dismissed with prejudice pursuant to settlement. Civil case terminated. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.